UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HERMAN KELLEY,

                    Plaintiff,

  -against-

EMI MUSIC PUBLISHING; EMI BLACKWOOD
MUSIC; TRIPLE THREE MUSIC INC.; AND
BOB RENO MUSIC/RENO AMERICA MUSIC,

                    Defendants.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 21 NOV 2011

ORDER OF SERVICE

11 Civ. 7781 (KBF)

KATHERINE B. FORREST, United States District Judge:

      The Clerk of Court is directed to issue a Summons in this action, and Plaintiff is directed to serve the Summons and Complaint upon each Defendant within 120 days of the issuance of the Summons. If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

      SO ORDERED:

_____
KATHERINE B. FORREST
United States District Judge

Dated: Nov. 18, 2011
New York, New York